No. 79–6264. Christensen *v.* Commissioner of Internal Revenue, 446 U. S. 943; and

No. 79–6417. Turner *v.* Graham, Governor of Florida, et al., 446 U. S. 934. Petitions for rehearing denied.

No. 79–1347. Spencer *v.* Greyhound Lines, Inc., et al., 446 U. S. 909. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

June 20, 1980

No. 79–1747. Penthouse International, Ltd. *v.* McAuliffe, Solicitor General of Fulton County, Georgia. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

June 23, 1980

No. 79–5080. Willeford *v.* Estelle, Corrections Director. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hicks* v. *Oklahoma, ante,* p. 343.

No. 79–5145. Sam *v.* Oklahoma. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Hicks* v. *Oklahoma, ante,* p. 343.

No. 79–5338. Bynum *v.* United States. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bifulco* v. *United States, ante,* p. 381.